■ HAROLD B., Individually and as Parent and Natural Guardian of JASON B., an Infant, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 75883.) [636 NYS2d 715] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, McMahon, J. (Appeal from Judgment

of Court of Claims, McMahon, J.—Summary Judgment.) Present—Lawton, J. P., Fallon, Callahan, Balio and Boehm, JJ.